## The Village of Round Lake Park, Appellant, v. Charmaine Dice, Appellee.

**Gen. No. 10,828.**

Second District.
July 22, 1955.
Rehearing denied August 15, 1955.
Released for publication August 16, 1955.

Bernard J. Juron, for appellant; Arthur C. Holt, for appellee. Opinion by JUSTICE CROW. Not to be published in full.